# EXHIBIT D



**SHECHTMAN HALPERIN SAVAGE, LLP**

*Attorneys At Law*
*A Limited Liability Partnership*

August 21, 2018

Danielle Lema
15 Ninth Street
East Providence, RI 02914

9414 8149 0113 5940 8660 50

Danielle Lema
c/o Attorney John B. Ennis
1200 Reservoir Avenue
Cranston, RI 02920

9414 8149 0113 5940 8660 67

Danielle Lema
15 9th Street, Floor 3
East Providence, RI 02914

9414 8149 0113 5940 8663 57

RE: 15 Ninth Street, East Providence, RI 02914
Loan No.: ████████

Dear Sir or Madam:

This office represents Nationstar Mortgage, LLC dba Mr. Cooper in the above referenced matter. Enclosed, please find a Notice of Default and Mortgagee's Right to Foreclose and Notice of Availability of Mortgage Counseling Services.

Very truly yours,

Maggie Pitts-Dilley, Esq.

Enclosure

1080 Main Street
Pawtucket, Rhode Island 02860
p 401.272.1400  f 401.272.1403
www.shslawfirm.com

FORM 34-27-3.1

## NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE AND NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

This Notice is provided to you to inform you of the protections provided by R.I. Gen. Laws § 34-27-3.1 of The Rhode Island Mortgage Foreclosure and Sale Act.

### NOTICE OF DEFAULT AND MORTGAGEE'S RIGHT TO FORECLOSE

RE: 

The mortgagee named below ("Mortgagee") hereby notifies you that you are in default on your mortgage. If you fail to remedy this default, Mortgagee has the right to foreclose on the real estate securing the mortgage loan referenced in this Notice.

### NOTICE OF AVAILABILITY OF MORTGAGE COUNSELING SERVICES

**Housing counseling services are available to you at no cost.** Counseling services that can help you understand your options and provide resources and referrals that may assist you in preventing foreclosure are available from mortgage counseling agencies approved by the United States Department of Housing and Urban Development (HUD). You can locate a HUD-approved mortgage counseling agency by calling HUD's toll-free telephone number, 1-800-569-4287, or by accessing HUD's Internet homepage at www.hud.gov. The TDD number is 1-800-877-8339.

Foreclosure prevention counseling services are available free of charge through HUD's Housing Counseling Program.

<u>HUD Approved Housing Counseling Agencies in Rhode Island</u> may be found at this link http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListActio n=sea rch&searchstate=RI. If you do not have internet access, call the toll- free number above and request a printed list.

Mortgagee: Nationstar Mortgage, LLC dba Mr. Cooper
Mortgagee Address: 350 Highland Drive, Lewisville, TX 75067
Mortgagee Authorized Representative: Maggie Pitts-Dilley, Esq.
Date Mailed: August 21, 2018
Contact Information for Mortgagee Authorized Representative:
Telephone: 1-877-575-1400
Email: RI-FC-Team@shslawfirm.com

**FORMULARIO 34-27-3.1**

> AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECAR1O A EJECUTAR LA HIPOTECA Y NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN HIPOTECARIA

Se le proporciona esta notificación para informarle acerca del amparo que ofrecen las Leyes Generales de Rhode Island § 34-27-3.1 de *The Rhode Island Mortgage Foreclosure and Sale Act* (Ley sobre Ejecución de Hipotecas y Remates de Rhode Island).

## AVISO DE MORA Y DERECHO DEL ACREEDOR HIPOTECARIO A EJECUTAR LA HIPOTECA

Asunto: 0598525418

Por medio del presente el acreedor hipotecario indicado abajo ("Acreedor hipotecario") le notifica que su hipoteca esta morosa. Si no puede solventar la situación, el Acreedor hipotecario tiene el derecho de ejecutar la hipoteca del inmueble que avala el préstamo hipotecario al cual se alude en el presente aviso.

## NOTIFICACIÓN DE DISPONIBILIDAD DE SERVICIOS DE ORIENTACIÓN IPOTECARIA

**Se encuentran a disposición servicios de orientación sobre vivienda sin costo adicional.** Los servicios de orientación pueden ayudarle a comprender las opciones de las que dispone, así como también ofrecerle recursos y referencias que podrían contribuir a evitar la ejecución de la hipoteca. Dichos servicios los ofrecen agencias de orientación hipotecaria aprobadas por el *United States Department of Housing and Urban Development* (Departamento de Vivienda y Desarrollo Urbano de EE.UU., HUD, por sus siglas en inglés). Puede localizar agencias de orientación hipotecaria aprobadas por HUD llamando al número gratuito de dicho departamento al 1-800-569-4287, o ingresando a la página en Internet de HUD www.hud.gov El número del dispositivo de comunicación para sordos (TDD, por sus siglas en inglés) es 1-800-877-8339.

Los servicios de orientación para prevenir la ejecución de hipotecas se ofrecen sin costo alguno mediante el Programa de Orientación para la Vivienda de HUD.

Agencias de asesoría aprobadas por el Departamento de Vivienda y Desarrollo Urbano en Rhode Island pueden ser encontradas en este lugar

http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?&webListAction=se arch&searchstate=RI. Si usted no tiene acceso a internet, llame a la línea de teléfono gratuita que aparece arriba para solicitar una lista impresa.

Acreedor hipotecario: Nationstar Mortgage, LLC dba Mr. Cooper
Dirección del Acreedor hipotecario: 350 Highland Drive, Lewisville, TX 75067
Representante autorizado del Acreedor hipotecario: Maggie Pitts-Dilley, Esq.
Fecha de envio por correo: August 21, 2018
Información de contacto del representante autorizado del Acreedor hipotecario:
Teléfono: 1-877-575-1400
Correo electrónico: RI-FC-Team@shslawfirm.com