UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DANIELLE LEMA,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL HOUSING FINANCE AGENCY, FEDERAL NATIONAL MORTGAGE ASSOCIATION, NATIONSTAR MORTGAGE LLC,<br><br>      Defendants. | C.A. No. 1:19-cv-00036-JJM-LDA |

**JOINDER TO NATIONSTAR MORTGAGE LLC'S
MOTION TO DISMISS BY DEFENDANTS FEDERAL HOUSING FINANCE AGENCY
AND FEDERAL NATIONAL MORTGAGE ASSOCIATION**

Defendants Federal Housing Finance Agency, and Federal National Mortgage Association ("Defendants"), join in the Motion to Dismiss filed by Defendant Nationstar Mortgage, LLC on January 8, 2020 (the "Motion to Dismiss"). (ECF No. 32.)

For the reasons stated and authorities cited in the Motion to Dismiss—which Defendants adopt in full and incorporate herein—this Court should dismiss Plaintiff Danielle Lema's Complaint (ECF No. 1) in its entirety for lack of jurisdiction. The Plaintiff's claims are moot following an August 28, 2019 short sale of the property at issue. Moreover, the Plaintiff no longer owns the property at issue, nor is she responsible for $100,000.00 previously owed under the terms of her note and mortgage. Further, as detailed in the Motion to Dismiss, the Plaintiff's claims concerning an alleged failure to comply with contractual and statutory notice requirements are demonstrably false. The Plaintiff's claims are moot and this Complaint should be dismissed in its entirety and as to all defendants in this action.

For the reasons stated in the Motion to Dismiss filed by Defendant Nationstar Mortgage, LLC, Defendants Federal Housing Finance Agency, and Federal National Mortgage Association join in and request dismissal of Plaintiff Danielle Lema's Complaint.

        Respectfully submitted,

FEDERAL HOUSING FINANCE AGENCY and FEDERAL NATIONAL MORTGAGE ASSOCIATION,

By Their Attorney,

*/s/ Samuel C. Bodurtha*
Samuel C. Bodurtha, Bar No. 7075
HINSHAW & CULBERTSON LLP
56 Exchange Terrace, 5th Floor
Providence, RI 02903
Telephone: (401) 751-0842
Facsimile: (401) 751-0072
sbodurtha@hinshawlaw.com

Dated: January 22, 2020

## CERTIFICATE OF SERVICE

I, Samuel C. Bodurtha, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on January 22, 2020.

    */s/ Samuel C. Bodurtha*
    Samuel C. Bodurtha