UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DANIELLE LEMA | : |
| | : |
| v. | :   C.A. No. 19-00036-WES |
| | : |
| NATIONSTAR MORTGAGE LLC | : |

**MEMORANDUM AND ORDER**

Pending before me for determination (28 U.S.C. § 636(b)(1)(A)) is Defendant Nationstar Mortgage LLC's ("Nationstar") Motion to Compel.  (ECF No. 52).  Plaintiff objects.  (ECF No. 53).  Nationstar filed a Reply (ECF No. 54).  A hearing was held on April 13, 2021.  For the following reasons, Nationstar's Motion to Compel is GRANTED in part as follows:

    A.    Interrogatories

Plaintiff shall supplement her responses to Numbers 3, 4, 5, 19, 21, and 22 within 30 days. Plaintiff's objections to Numbers 6, 12, and 18 are stricken, and the answers are deemed responsive.  Plaintiff's objections to Numbers 8, 9, 10, and 11 are stricken and they shall be answered within 30 days.  Plaintiff shall supplement her answer to Number 24 as required by the Court during the final pretrial process.  Nationstar's Motion is otherwise DENIED.

    B.    Document Requests

Plaintiff shall, within 30 days, supplement her responses to Numbers 2 and 3 as to the short sale only and to Number 5 as to any communications sent to FNMA.  Plaintiff's objection to Numbers 6 and 7 is stricken, and she shall produce any responsive documents for the period after September 2017 within 30 days.  Plaintiff shall supplement her responses to Numbers 8, 9, 12, 13 (post-filing excluded), and 16 within 30 days.  Plaintiff's objections to Numbers 10 and 11 are

stricken, and the response is deemed sufficient.  Plaintiff shall supplement her answer to Number 21 as required by the Court during the final pretrial process.  Nationstar's Motion is otherwise DENIED.


  /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
April 14, 2021