UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DANIELLE LEMA,<br><br>                 Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>                 Defendant. | C.A. No. 1:19-cv-00036-JJM-LDA |

### EMERGENCY MOTION TO QUASH *SUBPOENA DUCES TECUM*

In accordance with *Fed. R. Civ. P.* 45 (d)(3)(A)(iii), Nationstar Mortage LLC ("Nationstar" or "Defendant"), moves to quash or modify request number 5 of Danielle Lema's ("Plaintiff") *Subpoena Duces Tecum* (the "Subpoena") dated June 5, 2021 and addressed to "Keeper of the Records of Schectman [sic] Halperin Savage LLP."  A copy of the Subpoena is attached hereto as **Exhibit A**.

A district court "must quash or modify a subpoena that… (iii) requires disclosure of privileged or other protected matter, if no exception or waiver applies." *Fed. R. Civ. P.* 45(d)(3).

The records sought in Schedule A of the Subpoena include information protected by the attorney client privilege because Shechtman Halperin Savage LLP was Nationstar's attorney until it sold its foreclosure practice to Brock and Scott PLLC.  Request number 5 requests privileged attorney-client communications as follows:

> 5) Copy of all documents and agreements with Nationstar Mortgage LLC by which you were hired to represent Nationstar Mortgage LLC regarding Danielle Lema at any time.

Defendant has not waived the attorney client privilege.  The request for documents or agreements by which Defendant hired the deponent also involves privileged trade secrets and is not relevant to any of the Plaintiff's claims.  Therefore, Defendant respectfully requests that this

1

Court enter an order quashing the Subpoena directed to "Keeper of the Records of Schectman [sic] Halperin Savage LLP," or modifying it to eliminate request number 5.

NATIONSTAR MORTGAGE LLC

By its Attorneys,

/s/ Jeffrey C. Ankrom
Joseph A. Farside, Jr. (#7559)
Krystle G. Tadesse (#7944)
Jeffrey C. Ankrom (#7663)
LOCKE LORD LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6111 (facsimile)
joseph.farside@lockelord.com
krystle.tadesse@lockelord.com
jeffrey.ankrom@lockelord.com

Dated:  June 16, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 16, 2021.

/s/ Jeffrey C. Ankrom
Jeffrey C. Ankrom, Esq.
